UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 16-81826-TLS |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT NO. 476 OF DOUGLAS | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

**APPLICATION FOR FINAL DECREE**

**AND FINAL ACCOUNTING/REPORT**

COMES NOW, Sanitary and Improvement District No. 476 of Douglas County, Nebraska (the "Debtor"), by and through its attorney, Mark J. LaPuzza, and pursuant to the Order Confirming Plan entered herein (Document No. 29) and Order regarding Issuance of Securities (Document No. 32) submits that the estate herein is fully administered and substantially consummated as follows:

1.   That all claims or interests have been surrendered or released in accordance with the provisions of the plan except as shown in Schedule "A", attached hereto.

2.   That substantially all of the property of the Debtor has been transferred according to the provisions of the plan except as shown in Schedule "B" attached hereto.

3.   That the Debtor has assumed the business of substantially all of the property dealt with by the plan as applicable.

4.   That distributions have commenced under the plan and that payments to creditors and other interested parties have been completed as shown in Schedule "C" attached hereto.

5.   That there are no additional facts necessary to enable to Court to pass on the provisions of the final decree except as presented in Schedule "D" attached hereto.

WHEREFORE, Debtor herein prays for the entry of the Final Decree finding that the Plan is effective and that the estate has been administered and, therefore, an Order of the Court granting:

a. Discharge of the Debtor, if applicable;

b. Any specific injunction or other equitable provisions as set forth in Schedule "D";

c. the closing of the case; and

d. Pursuant to the United States Bankruptcy Code and the Plan, this Court shall retain jurisdiction to adjudicate, as necessary, disputes or other matters to be resolved under the Plan.

Dated this 22nd day of September, 2017.

**SANITARY AND IMPROVEMENT DISTRICT NO. 476, DOUGLAS COUNTY, NEBRASKA**, Debtor

By: /s/ Mark J. LaPuzza
    Mark J. LaPuzza, #22677
    Pansing Hogan Ernst & Bachman, LLP
    10250 Regency Circle, Suite 300
    Omaha, Nebraska 68114
    (402) 397-5500
    mjlbr@pheblaw.com
ITS ATTORNEY

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded by United States Mail, postage paid, on September 22nd, 2017 to all parties listed on the Label Matrix for local noticing provided on CM/ECF as of September 21, 2017 at 2:00 pm CDT.

      The undersigned hereby certifies that a true and correct copy of the foregoing was e-mailed via the CM/ECF system this 22nd day of September, 2017, to all parties listed on the Label Matrix for local noticing provided on CM/ECF as of September 21, 2017 at 2:00 pm CDT.

      /s/ Mark J. LaPuzza

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 16-81826-TLS |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT NO. 476 OF DOUGLAS | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

# SCHEDULE "A"

Names and addresses of the holders of claims or interests that have not been surrendered or released in accordance with the provisions of the Plan:

None.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 16-81826-TLS |
| | ) | |
| SANITARY AND IMPROVEMENT DISTRICT NO. 476 OF DOUGLAS COUNTY, NEBRASKA, | ) ) ) | **CHAPTER 9** |
| | ) | |
| Debtor. | ) | |

## SCHEDULE "B"

The following property of the Debtor has been/will be transferred according to the provisions of the Plan:

N/A.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 16-81826-TLS |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT NO. 476 OF DOUGLAS | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

**SCHEDULE "C"**

Information required to close the case:

All outstanding Construction Fund Warrants were surrendered to the Fiscal Agent/Paying Agent in accordance with the terms of the Plan. Pursuant to the Plan, Order of this Court and the resolution of the Board of Trustees of the District, Certificates in the total amount of $26,443,228.17 were issued on or about July 7, 2017, and delivered to the Construction Fund Warrant Holders in accordance with the terms of the Plan. Further payments shall be made in accordance with the Plan until the Certificates are paid in full or until the Termination Date.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 16-81826-TLS |
| | ) | |
| SANITARY AND IMPROVEMENT DISTRICT NO. 476 OF DOUGLAS COUNTY, NEBRASKA, | ) ) ) | **CHAPTER 9** |
| | ) | |
| Debtor. | ) | |

## SCHEDULE "D"

Include here additional facts, if any, which are necessary to enable to Court to pass on any specific information or other equitable provisions requested in the final decree. If there are none, so indicate.

None.